[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 13, 2002
THOMAS K. KAHN
CLERK

_____

No. 01-11698
Non-Argument Calendar

_____

D.C. Docket No. 00-00838-CV-A-N

BRYAN GRADY,

Plaintiff-Appellant,

versus

MICHAEL W. HALEY, TOMMY HERRING,
ET AL.,

Defendants-Appellees.

_____

No. 01-11807
Non-Argument Calendar

_____

D.C. Docket No. 98-00274-CV-T-N

CALVIN NIX,

Plaintiff-Appellant,

versus

RON JONES, MICHAEL HALEY, ET AL.,

Defendants-Appellees.

_____

No. 01-12225
Non-Argument Calendar
_____

D.C. Docket No. 94-00676-CV-C-N

TONY FOUNTAIN,

Plaintiff-Appellant,

versus

DANIEL R. TALLEY, JESSE SMITH, Lt.,
(Farm Supervisor), ET AL.,

Defendants-Appellees.

_____

No. 01-12226
Non-Argument Calendar
_____

D.C. Docket No. 96-00854-CV-D-N

HADJI HICKS,

Plaintiff-Appellant,

versus

LEO ALLEN, Sergeant, OFFICER YEILDING,
COI,  ET AL.,

Defendants-Appellees.

_____

2

No. 01-12227
Non-Argument Calendar

_____

D.C. Docket No. 99-01207-CV-D-N

KENNETH BOGGAN,

Plaintiff-Appellant,

versus

MICHAEL W. HALEY, TOMMY HERRING,
ET AL.,

Defendants-Appellees.

_____

Appeals from the United States District Court for the
Middle District of Alabama

_____

**(September 13, 2002)**

ON PETITION FOR REHEARING AND
SUGGESTION OF REHEARING EN BANC

Before EDMONDSON, Chief Judge, WILSON and HILL, Circuit Judges.

PER CURIAM:

The Petition for Rehearing and Suggestion for Rehearing En Banc is

pending before this court.

On December 28, 2001, the court ordered that this Petition for Rehearing

and Suggestion for Rehearing En Banc be suspended pending the decision of the

Supreme Court in the case of *Larry Hope v. Mark Pelzer*, 240 F.3d 975 (11th Cir.

2001), then on petition for certiorari.

In each of these cases, the panel's judgment would have affirmed the judgment of the district court upon the binding precedent of *Hope v. Pelzer*.

The Supreme Court has now decided *Hope v. Pelzer* with a full opinion, reversing the judgment of the Circuit Court of Appeals.

We find that the decision of the Supreme Court controls the issue in each of these cases to the end that the judgment in each case by the district court, dismissing defendants upon a finding that they are entitled to qualified immunity, is erroneous.

Therefore, the panel grants the petition for rehearing and, upon the authority of *Hope v. Pelzer*, 536 U.S.___ (2002), the judgment of the district court is REVERSED. Each case is REMANDED.